# FISHER & PHILLIPS LLP
### ATTORNEYS AT LAW
www.laborlawyers.com

**New Jersey**
Corporate Park III
580 Howard Avenue
Somerset, NJ 08873

(732) 560-7100 Tel
(732) 560-0788 Fax
Writer's Direct Dial:

December 13, 2005

Writer's E-mail:
dstrand@laborlawyers.com

**VIA FEDERAL EXPRESS**

Honorable Charles L. Brieant, U.S.D.J.
United States District Court
  for the Southern District of New York
300 Quarropas Street
Room 218
White Plains, New York  10601

> **Re:**   *Lichtman v. Krauter  & Co. LLC, et als.*
> *Docket No. 05 cv 9013 (CLB)*

Dear Judge Brieant:

This firm represents defendants Administaff Companies, Inc. and Administaff Companies II, L.P. in the above-referenced matter. We have been advised by our clients that they would like to substitute new counsel into the case. The initial case management conference in this matter and plaintiff's motion to remand are currently scheduled for **Friday, December 16, 2005 at 10:30 a.m.** before Your Honor. Administaff is not requesting an adjournment and would like to move forward on Friday, but with new counsel in place. As such, and consistent with the instructions from your law clerk Alice, enclosed is a proposed Substitution of Counsel. If the form meets with Your Honor's approval, we respectfully request that it be approved and entered.

Respectfully submitted,

David E. Strand
For FISHER & PHILLIPS LLP

DES:hs
Enclosure
cc:   via Fed Ex w/ encl.
      Jacob Ginsburg, Esq.
      John Lawlor, Esq.
      Michael J. Mazurczak, Esq.