**FISHER & PHILLIPS LLP**
Corporate Park III
580 Howard Avenue
Somerset, New Jersey 08873
(732) 560-7100
Attorneys for Defendants
Administaff Companies, In c. and Administaff Companies II, L.P.
Attorney of Record: David E. Strand (DS4129)

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MADELINE M. LICHTMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>KRAUTER & CO. LLC,<br>ADMINISTAFF COMPANIES, INC.,<br>ADMINISTAFF COMPANIES II, L.P.,<br><br>      Defendants. | Civil Action No. 05 Civ 9013 (CLB)<br><br>ECF Case<br><br>**SUBSTITUTION OF COUNSEL**<br>*& Order* |

  The undersigned hereby consent to the substitution of Melick, Porter & Shea LLP as counsel for Defendants Administaff Companies, Inc. and Administaff Companies II, L.P. in the above-entitled matter.

| **MELICK, PORTER & SHEA LLP** | **FISHER & PHILLIPS LLP** |
|---|---|
| By: _/s/ Michael J. Mazurczak_<br>Michael J. Mazurczak<br>Superceding Attorneys | By: _/s/ David E. Strand_<br>David E. Strand<br>Withdrawing Attorneys |

Dated: December 12, 2005

*So Ordered: December 14, 2005—*

*Charles Brieant*
_____
U.S.D.J.

1

**SO ORDERED:** _____
HON. CHARLES L. BRIEANT, U.S.D.J.

Dated: December ___, 2005